886 A.2d 1052

IN THE MATTER OF CHARLES R. THOMAS, AN ATTORNEY
AT LAW (ATTORNEY NO. 017551985).

December 7, 2005.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 05–223, concluding that **CHARLES R. THOMAS** of **PATERSON**, who was admitted to the bar of this State in 1985, should be censured for violating *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation) and *RPC* 8.4(c) (conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **CHARLES R. THOMAS** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.